IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | ) | Case No. 03:19-MJ-00108-MMS |
|---|---|---|
| Plaintiff | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| Giovanni Paolo CHIMERA-MUNOZ | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Andrew E Grow, Jr., United States Postal Inspector ("USPIS"), being duly sworn, depose and state that:

### I. BACKGROUND AND EXPERIENCE OF AFFIANT

1. I am a United States Postal Inspector, assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail.

2. I have been a Postal Inspector since July 2016 and I am currently assigned to the Seattle Division, specifically to the Anchorage Domicile, which is responsible for investigation of control substance law violations involving the United States mail.

3. As part of my duties as a U.S. Postal Inspector, I investigate drug trafficking organizations, including their smuggling routes and the techniques that they use for transporting controlled substances such as marijuana, cocaine, methamphetamine, and heroin. My duties include investigating drug trafficking organizations, interviewing witnesses, victims and suspects, identifying people involved, developing probable cause for cases, handling and



MAR 1 3 2019

processing various types of evidence, and assembling cases for prosecution. I have conducted and/or participated in numerous investigations relating to the use, possession, manufacture, and trafficking of controlled substances, and I have become familiar with devices, paraphernalia, techniques, and practices used by people engaged in the use, possession, manufacture, and trafficking of controlled substances. I have also conducted and/or participated in investigations which have resulted in the seizure of marijuana, cocaine hydrochloride, opium, heroin, methamphetamine, MDMA (ecstasy), prescription medications, firearms, cellular phones, surveillance systems, cameras, memory cards, computers, documents, money, and precious metals. I have also conducted numerous interviews of people involved in the use, possession, manufacture, and trafficking of controlled substances which have added to my knowledge of the illegal drug culture that exists in Alaska.

## II. PURPOSE OF AFFIDAVIT

This Affidavit is presented in support of a criminal complaint and request for the issuance of arrest warrant against and for Giovanni Paolo CHIMERA-MUNOZ for whom I submit there is probable cause to believe he did attempt to possess with the intent to distribute 500 or more grams of cocaine powder and carried a firearm during and in relationship to a drug trafficking crime is in violation of Title 21 United States Code, Section 846, 841(a)(1) and (b)(1)(B) and Title 18 United States Code, Section 924(c). I have not set forth in this affidavit all of the facts and sources of information of which I am familiar that support my assertion of probable cause.

## III. PROBABLE CAUSE STATEMENT

1. On March 7, 2019, USPIS in Anchorage, AK executed a Federal Search Warrant on Priority Mail Parcel 9505 5114 1627 9064 2261 40 (Subject Parcel) addressed to "Carlos Gonzales, 650 E Blind nick Dr. #A, Wasila, AK 99654" from "Michelle Gonzales, 1131

MAR 1 3 2019

Ave. Ashford Condado, San Juan, P.R. 00907." Inside the parcel was approximately 1026.75 gross grams of a chalky white substance which field tested positive for cocaine.

2. On March 8, 2019, a controlled delivery was conducted of the Subject Parcel at the recipient's address in which the seized narcotics were removed and a representative sample of the cocaine was placed inside of the Subject Parcel.

3. As a result of the controlled delivery, on March 9, 2019, Giovanni CHIMERA-Munoz took possession of the Subject Parcel. CHIMERA placed the Subject Parcel in a Ford Explorer which was registered to his wife.

4. On March 9, 2019, at approximately 11:30 PM, agents made contact with CHIMERA subsequent to him accepting the Subject Parcel. Upon contact with agents CHIMERA advised he had a gun on his person. Agents located a loaded Ruger LCP with no round in the chamber in CHIMERA's possession. The Subject Parcel was located in the Ford Explorer.

5. CHIMERA was advised of his rights and agreed to waive them. CHIMERA admitted accepting the Subject Parcel and that it contained at least a kilogram of cocaine.

6. From my experience, the amount of cocaine seized from the Subject Parcel is consistent with distribution amounts.

Respectfully submitted,

Andrew E. Grow, Jr.
Postal Inspector, USPIS
Anchorage Domicile



MAR 1 3 2019

Subscribed and sworn to before me
on March 13, ~~19~~ 2019

_____
UNITED STATES MAGISTRATE

**MATTHEW M. SCOBLE**
U.S. Magistrate Judge